# MINUTE ORDER

CASE NUMBER:      CRIMINAL NO.  17-00645-2 LEK

CASE NAME:         USA vs. James Xavier Lino

JUDGE:     Leslie E. Kobayashi          DATE:          05/07/2020

COURT ACTION:   EO: Defendant James Xavier Lino's (2) Request for Judicial Recommendation for Transfer to Home Confinement will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.

Government Response Memorandum is due: 5/21/2020.
Defense Optional Reply Memorandum is due: 6/4/2020.

Defendant James Xavier Lino's (2) Request for Judicial Recommendation for Transfer to Home Confinement will be taken under submission thereafter. Court to issue Order.

Submitted by: Agalelei Elkington, Courtroom Manager